

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gregorio Lopez Velasquez, Petitioner | Civil Action No.   13cv0658 AJB |
| v | |
| United States of America, Respondent | JUDGMENT IN A CIVIL CASE |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Petitioner's Motion to Vacate Under 28 U.S.C. § 2255.

Date:   3/22/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/ C. Ecija
C. Ecija, Deputy