

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

Gregorio Lopez Velasquez, Petitioner

v

United States of America, Respondent

Civil Action No.       13cv0658 AJB

JUDGMENT IN A CIVIL CASE

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court denies Petitioner's Motion to Vacate Under 28 U.S.C. § 2255.

Date:       3/22/13

CLERK OF COURT
W. SAMUEL HAMRICK, JR.
By:  s/ C. Ecija
C. Ecija, Deputy